Tuesday, May 26, 2015

No. 15–0372/NA.  U.S. v. Pedro M. Bess, Jr.  CCA 201300311.  On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue specified by the Court:

> WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION WHEN HE ALLOWED THE ADMISSION OF ADDITIONAL EVIDENCE DURING DELIBERATIONS BUT ALSO DENIED APPELLANT THE OPPORTUNITY TO ATTACK THE ACCURACY OF THAT EVIDENCE BEFORE THE FACTFINDER.

Briefs will be filed under Rule 25.

Wednesday, May 27, 2015

No. 15–0372/NA.  U.S. v. Pedro M. Bess, Jr.  CCA 201300311.  Appellant's motion to extend time to file a brief granted, but only until July 10, 2015.